Argued and submitted May 9, affirmed June 29, 1988

In the Matter of the Marriage of

**LIPSEY,**
*Appellant,*
*and*

**LIPSEY,**
*Respondent.*

(D85-1247; CA A43145)

756 P2d 1270

Clayton C. Patrick, Salem, argued the cause and filed the brief for appellant.

Diana Wales, Roseburg, argued the cause for respondent. With her on the brief were Arneson & Wales, Roseburg.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

This is an appeal from a dissolution of marriage. Mother seeks reversal of the award of custody of the parties' two minor children to father. Although we are unable to accept certain aspects of the trial court's legal analysis in its memorandum opinion, we are satisfied—on the basis of our *de novo* review of the record—that the custody award is in the best interests of the children and was correct in the light of the facts and the statutory standards.

Affirmed. Costs to neither party.